ELIJAH B. DANIELS v. SAMUEL M. SMITH, DRAIN COM'R.

*Notice must be given of proceedings to run a drain.*

Proceedings to lay out a drain are quashed for want of evidence that statutory notice was given to the parties concerned.

CERTIORARI. Submitted April 10. Decided April 16.

*Dickerman & St. John* for plaintiff in certiorari. Service of notice of proceedings to lay out a drain is necessary to give the drain commissioner jurisdiction, *Goldsmith v. Highway Com'rs*, 14 Mich., 528; *Van Auken v. Com'rs*, 27 Mich., 414; *Dupont v. Com'rs*, 30 Mich., 490; *Kroop v. Com'r*, 31 Mich., 144; *Purdy v. Com'r*, 31 Mich., 455; *Detroit Sharpshooter's Ass'n v. Com'rs*, 34 Mich., 36.

PER CURIAM. This is a *certiorari* to review the proceedings of the drain commissioner of the township of Adams, in the county of Hillsdale, in laying out a drain and assessing the cost on the persons supposed to be benefited. A number of objections are taken to the proceedings, but it is sufficient to notice as a fatal objection, that there is no evidence that the notice to the parties concerned, which the statute (Comp. L., § 1779; Laws 1875, p. 168) requires, was given. The proceedings must be quashed. *People v. Highway Commissioners of Nankin*, 14 Mich., 528; *Sharpshooters' Association v. Highway Commissioners of Hamtramck*, 34 Mich., 36.